■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v HECTOR CACERES, Appellant. [812 NYS2d 930]—Appeal by the defendant, as limited by his motion, from a sentence of the County Court, Nassau County (LaPera, J.), imposed April 9, 2002, on the ground that the sentence is excessive.

Ordered that the sentence is affirmed. No opinion. Prudenti, P.J., Miller, Crane, Mastro and Fisher, JJ., concur.